JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Arika Hayes Matelyan, | CV 15-4515 PA (MRWx) |
| Plaintiff, | JUDGMENT |
| v. | |
| Supreme Court, | |
| Defendant. | |

Pursuant to the Court's August 19, 2015 Minute Order dismissing this action,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed with prejudice.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff take nothing and that Defendant shall have its costs of suit.

DATED: August 19, 2015

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE